115 A.3d 1262

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

Steven Scott FLOAM, Respondent.

Misc. Docket AG No. 0006, Sept. Term, 2015.

Court of Appeals of Maryland.

June 9, 2015.

## ORDER

This matter having come before the Court upon the filing of a Joint Petition for Reprimand by Consent, and the Court having considered same,

NOW, THEREFORE, it is this 9th day of June, 2015,

ORDERED, by the Court of Appeals of Maryland, that Steven Scott Floam, Respondent in the captioned disciplinary proceeding, is hereby reprimanded for violating Rule 8.1(b) of the Maryland Lawyers' Rules of Professional Conduct.